M1P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Laura HERRERA-Serrano, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. '21 MJ3879 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about October 1, 2021, within the Southern District of California, Defendant Laura HERRERA-Serrano, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Meimei CHEN, Xiaoqing MEI, and Haimin LI, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 4th of October 2021.

HONORABLE ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection Officer (CBP) Luis Meza, declare under penalty of perjury the following to be true and correct:

The complainant states that Meimei CHEN, Xiaoqing MEI, and Haimin LI are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 1, 2021 at approximately 6:28 PM., Laura HERRERA-Serrano (Defendant) applied for admission into the U.S. from Tijuana, Baja California, Mexico, at the San Ysidro, California Port of Entry. Defendant was the driver and sole visible occupant of a white Mercedes C Class bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant stated she was going to National City with nothing to declare from Mexico. The CBP Officer conducted an inspection of the vehicle and discovered three people inside the trunk. The CBP Officer radioed for assistance and Defendant was escorted to the security office for further disposition. The vehicle was driven to the vehicle secondary lot by CBP Officer's for further inspection.

In secondary, three individuals (male and two females) hidden in the trunk were escorted to the security office for initial processing. The three individuals were later identified as Meimei CHEN, Xiaoqing MEI, and Haimin LI (Material Witnesses) all citizens and nationals of China with no legal documents to enter the United States.

Defendant was advised of her Miranda rights and elected to answer questions. Defendant stated she was in Tijuana, Mexico to pick up the Mercedes from the mechanic shop and drop it off at Karz Plus in National City. Defendant stated she stopped for about two hours at the Caliente Casino located in Pueblo Amigo Plaza in Tijuana before crossing the border. Defendant stated she has owned the vehicle for two weeks and claimed no knowledge of the smuggling act.

Continued on page 2…

Continuation of Probable Cause:
U.S. vs. Laura HERRERA-Serrano

In secondary, CBP Officers found a counterfeit vehicle registration under the Defendant's name. Record checks also revealed that the Defendant is not the registered owner and that Defendant has previously crossed in this vehicle multiple times within the month of August of 2021.

During an interview with Material Witnesses, Material Witnesses admitted to being citizens of China without legal documents to enter the United States. The male Material Witness stated he was going to pay the smuggling fee by working it off. The female Material Witnesses stated their family and/or friends that made the smuggling arrangements were going to pay an undetermined amount for the smuggling fee. Material Witnesses stated their intended destination was Los Angeles, New York and an undetermined destination within the U.S.

Executed on this 2nd day of October, 2021 at San Ysidro Port of Entry at 6:00 AM.

_____
Luis Meza / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) page(s), I find probable cause to believe that the Defendant named therein committed the offense on October 1st, 2021 in violation of Title 8, United States Code, Section 1324.

_____
US MAGISTRATE JUDGE
Hon. ANDREW G. SCHOPLER

**11:21 AM, Oct 2, 2021**
DATE / TIME